FILED: October 26, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4405
(1:13-cr-00229-GLR-16)
_____

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

KENNETH RAGAN-ARMSTRONG, a/k/a Keezy

  Defendant - Appellant

_____

O R D E R
_____

Upon review of submissions relative to the motion to extend filing time for response to the motion to dismiss, the court grants an extension to 11/23/2015.

The court grants an extension of the briefing schedule as follows:

Appendix due: 12/18/2015

Opening brief due: 12/18/2015

Response brief due: 01/13/2016

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk